FILED by **KS** D.C.

Aug 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20412-CR-GRAHAM/MCALILEY

18 U.S.C § 875(c)
18 U.S.C § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

WILLIAM JOHN HARTNETT,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about April 6, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM JOHN HARTNETT**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person or persons of another, that is, "E.N." and the "M.P.P.O.A.," with the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, in that he stated in a voicemail, in part, "Hey you and your whole fucking family are going to fucking die," in violation of Title 18, United States Code, Section 875(c).

### FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendant, **WILLIAM JOHN HARTNETT**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____ for
HAYDEN P. O'BYRNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| WILLIAM JOHN HARTNETT, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |
| _____ **Defendant.** _____ / | |

**Court Division:** (Select One)  
☑ Miami ☐ Key West ☐ FTL  
☐ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No  
Number of new defendants _____  
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) No  
   List language and/or dialect _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)  
   I  0 to 5 days      ☑  
   II  6 to 10 days    ☐  
   III 11 to 20 days   ☐  
   IV 21 to 60 days    ☐  
   V  61 days and over ☐

   (Check only one)  
   Petty       ☐  
   Minor       ☐  
   Misdemeanor ☐  
   Felony      ☑

6. Has this case previously been filed in this District Court? (Yes or No) No  
   If yes: Judge _____ Case No. _____  
   (Attach copy of dispositive order)  
   Has a complaint been filed in this matter? (Yes or No) Yes  
   If yes: Magistrate Case No. 21-MJ-03229-Becerra  
   Related miscellaneous numbers: _____  
   Defendant(s) in federal custody as of _____  
   Defendant(s) in state custody as of _____  
   Rule 20 from the District of _____  
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_/s/ Hayden P. O'Byrne_  
HAYDEN P. O'BYRNE  
Assistant United States Attorney  
FLA Bar No. 60024

*Penalty Sheet(s) attached  
REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILLIAM JOHN HARTNETT

**Case No:** _____

Count #: 1

**Transmitting Threats Through Interstate Communications**

Title 18, United States Code, Section 875(c)

**\*Min./Max. Penalties:** 5 years of imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**